**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05 CV 01292 (RPM)

**JASON SERAYDARIAN AND STEPHANIE SERAYDARIAN,**

    **Plaintiffs**

v.

**YVETTE ALBERTS**

    **Defendant.**

**ORDER RE: STIPULATED MOTION FOR DISMISSAL**

THIS MATTER having come before the Court upon a Stipulated Motion for Dismissal, and the Court having read said motion and being advised in the premises,

IT IS HEREBY ORDERED that the parties Stipulated Motion for Dismissal is GRANTED, and all claims asserted by the Plaintiffs, Jason Seraydarian and Stephanie Seraydarian against Defendant, Yvette Alberts shall be dismissed with prejudice and that each party shall pay their own attorneys fees and costs.

.

DATED this 15th day of March, 2006.

                                                    s/Richard P. Matsch

                                                    Senior U.S. District Court Judge